UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
Chat Vuthithamasiri

Chapter 7  
Case No. 10-14576  
Honorable William C. Hillman

Debtor

_____/

## ORDER RE: MOTION OF US BANK, NA FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

US Bank, NA, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding real property known and numbered as 2 Nauset Oaks Lane, Eastham, Massachusetts, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of US Bank, NA for Relief From Stay is allowed and US Bank, NA is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Barnstable County Registry of Deeds instrument number 1026692 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At __Boston__ this __2__ day of __June__, 2010.

_____  
Honorable William C. Hillman  
U.S. BANKRUPTCY JUDGE